**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**


| | | |
|---|---|---|
| MARCUS ANTONIO FRIERSON, | ) | |
| | ) | C/A No.: 4:09-94 DCN TER |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| ACC. WARDEN W. BELL; CAPT. HUGHES; | ) | |
| SGT. M.X. WILLIAMS; SGT. G. TONEY; | ) | |
| OFC. RICHARD MCCONICO; OFC. | ) | |
| PARKER B/M (SMU); R. HILTON (SMU); | ) | |
| B. OBVERMEN (SMU); LT. E. MIMS (SMU); | ) | |
| JOHN OZMINT; SGT. G. PEARSON; LT. | ) | |
| C. JUNE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon the motion by plaintiff Marcus Antonio

Frierson to dismiss defendants Ofc. Richard McConico, Ofc. Parker B/M (SMU), Sgt.

G. Perason, and Lt. C. June.  The motion was filed on April 20, 2009.

**It is therefore ordered,** that the motion to dismiss these defendants is

**granted**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
Chief United States District Judge


Charleston, South Carolina
December 8, 2009